BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:15-CV-00855-LJO-GSA |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $15,300.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action brought against Approximately $15,300.00 in U.S. Currency (hereafter "Defendant Currency"), which was seized on or about September 25, 2014.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 5, 2015, alleging that said Defendant Currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On June 9, 2015, the Clerk issued a Warrant for Arrest for the Defendant Currency, and that warrant was duly executed on June 11, 2015.

4. Beginning on June 11, 2015, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 16, 2015.

1   FINAL JUDGMENT OF FORFEITURE

5.      In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to:

      a. Elias Gonzalez, Jr.

      b. Daniel A. Bacon, attorney

6.      Potential Claimant Elias Gonzalez, Jr. has not filed a claim or answer in this action.  To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.      That judgment is hereby entered against Potential Claimant Elias Gonzalez, Jr. and all other potential claimants who have not filed claims in this action.

3.      Upon entry of this Final Judgment of Forfeiture, $12,300.00 of the Defendant Approximately $15,300.00 in U.S. Currency, together with any interest that has accrued on the entire $15,300, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.      Upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, $3,000.00 of the Defendant Approximately $15,300.00 in U.S. Currency shall be returned to Potential Claimant Elias Gonzalez, Jr. through his attorney Daniel A. Bacon, 5200 N. Palm Avenue, Suite 408, Fresno, California 93704-2225, telephone (559) 241-7000.

5.      The United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the Defendant Currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Potential Claimant agrees to waive the provisions of California Civil Code § 1542.

    6.    Potential Claimant Elias Gonzalez, Jr. waived any and all claim or right to interest that may have accrued on the Defendant Currency.

    7.    All parties are to bear their own costs and attorney's fees.

    8.    The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

CERTIFICATE OF REASONABLE CAUSE

    9.    Based upon the allegations set forth in the Complaint filed June 5, 2015, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the Defendant Currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:   **August 12, 2015**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE